

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of :
: Case No.: 1:23MC 24
:
$44,379.00 in U.S. CURRENCY, :
:

**MOTION FOR EXTENSION OF TIME TO FILE
VERIFIED COMPLAINT OF FORFEITURE**

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, pursuant to 18 U.S.C. § 983(a)(3)(A), and respectfully moves the Court to extend the time within which to file a civil forfeiture complaint against the above-named property, seized on March 7, 2023, by approximately 60 days, to and including August 18, 2023, to allow for further review of the investigative file and evaluation of the administrative claim.

Markell Davis, who filed a claim in the administrative forfeiture proceeding initiated against the above-named property, is represented by attorney William Pruden of Pruden Law, PLLC. The United States has requested Markell Davis's agreement to the extension sought by this motion. However, Mr. Pruden indicated that his client opposes the extension request.

A proposed Order is attached.

WHEREFORE, the United States respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property until August 18, 2023.

This the 20th day of June, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

_____
Nathan L. Strup, Mo. Bar No. 60287
Assistant U.S. Attorney
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351/nathan.strup@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, the foregoing Motion for Extension of Time to file Verified Complaint of Forfeiture was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

William Pruden, Esq.
Pruden Law, PLLC
421 Fayetteville St., Suite 1100
Raleigh, NC 27601
*Attorney for Markell J. Davis*
(Also by email: william@prudenlawpllc.com)

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ Nathan L. Strup
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ Assistant U.S. Attorney